EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
FRANCISCO CRUZ, acusado y apelante.

No. 2916.—*Visto:* Noviembre 29, 1926. *Resuelto:* Diciembre 21, 1926.

1. ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—ACUSACIÓN O DENUN-
   CIA—ALEGACIONES EN LA MISMA—LARGO DEL ARMA—CUCHILLO.—En acusa-
   ción que imputa la portación de un cuchillo no es necesario alegar el largo
   de dicha arma.
2. "INDICTMENT" Y ACUSACIÓN—REQUISITOS Y SUFICIENCIA DE LA ACUSACIÓN—
   DE LOS DELITOS ESTATUTORIOS—EXCEPCIONES Y PROVISOS—NEGACIÓN DE EX-
   CEPCIONES O DEFENSAS.—En acusación por portar armas prohibidas no es
   necesario negar todas las excepciones que la ley contiene.
2. ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—EVIDENCIA—SUFICIEN-
   CIA DE LA MISMA.—Dentro de las circunstancias concurrentes en el caso de
   autos *se resolvió* que la prueba no demostraba satisfactoriamente que el acu-
   sado en realidad portaba un arma prohibida.

SENTENCIA de *R. López Antongiorgi,* J. (Guayama), condenando al
   acusado por delito de portar armas prohibidas. *Revocada.*
*José J. Aponte,* abogado del apelante; *José E. Figueras,* abogado
   de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1] En una denuncia en que se imputa la portación de un cuchillo no es necesario alegar el largo de dicha arma, aunque tal detalle sería necesario si se imputara al acusado la portación de un cortaplumas de bolsillo.

[2] Tampoco es necesario negar en la denuncia todas. las excepciones que la ley contiene. Estas no forman parte de la definición. *El Pueblo* v. *Cortés*, 24 D.P.R. 208, y *El Pueblo* v. *Rosenstadt*, 28 D.P.R. 952.

[3] Por otra parte, no estamos satisfechos de que la prueba demuestra que el acusado en realidad portaba un arma prohibida. A excepción de un testigo, ninguna otra persona presente vió al acusado en posesión de tal arma. La única persona que así declaró en contra del acusado fué la esposa de un hombre con quien el acusado había tenido una pelea y ella no demuestra claramente que el acusado en verdad portaba el arma. *Bajo estas circunstancias, según sugiere el fiscal, accedemos a la revocación de la sentencia.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.